UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　Plaintiff,<br><br>v.<br><br>HIGHWAY 9 ASSOCIATES, a California Limited Partnership;<br>PACIFIC WATER WORKS, INC., a California Corporation; and Does 1-10,<br><br>　　Defendants. | Case No.: 3:18-CV-05521-RS<br><br>**ORDER [~~proposed~~]** |

The Court hereby vacates all currently set dates, with the expectation that the parties will file a Joint Stipulation for Dismissal within 60 days. The Court sets a Status Conference/OSC for <u>April 4, 2019</u> at <u>1:30</u> ~~am~~ pm at which the parties, by and through their attorneys of record shall show cause why this case is not dismissed. If this case is dismissed prior to this hearing, the hearing will be automatically vacated and no appearance shall be required.

**IT IS SO ORDERED.**

Dated: <u>1/30/19</u>　　　　　　　　　_____

　　　　　　　　　　　　　　　　　HONORABLE RICHARD SEEBORG
　　　　　　　　　　　　　　　　　United States District Judge

Order　　[proposed]　　-1-　　3:18-CV-05521-RS